No. 90–8407. STROZIER *v.* NEWSOME, WARDEN. C. A. 11th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 91–355 (A–243). MCNAMEE ET AL. *v.* STATE BAR COURT FOR THE STATE BAR OF CALIFORNIA. Sup. Ct. Cal. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied. Certiorari denied.